UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO: 1:25-cv-07816

RODNEY SMITH, LTD.,

    Plaintiff,

v.

GILCHRIST & SOAMES, INC., SYSCO CORPORATION, AND SYSCO GUEST SUPPLY, LLC,

    Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff RODNEY SMITH, LTD. ("Smith"), by and through its undersigned counsel, bring this Complaint against Defendants GILCHRIST & SOAMES, INC., SYSCO CORPORATION, and SYSCO GUEST SUPPLY, LLC ("Defendants") for damages and injunctive relief, and in support thereof states as follows:

**JURISDICTION AND VENUE**

1. This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202.

2. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

3. Defendants are subject to personal jurisdiction in New York.

4. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, and Defendants are subject to personal jurisdiction in this district.

**PARTIES**

5.	Smith brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Smith's original copyrighted works of authorship after removal of their copyright management information.

6.	Rodney Smith (1947-2016) was a renowned photographer who transcended fashion photography into fine art in the same manner as legendary photographers Richard Avedon, Irving Penn and William Klein. With a career that lasted more than 45 years, Rodney Smith developed a unique style balancing technical mastery and a desire to portray the best of humanity through iconic black and white images that combine portraiture and landscape.

7.	Born in New York City, Rodney Smith earned his master's degree in theology from Yale University with a minor in photography. Rodney Smith started as a photo-essayist, turned to portrait photography, and found his most tremendous success in fashion photography. Inspired by W. Eugene Smith, taught by Walker Evans, and devoted to the techniques of Ansel Adams, he was driven by the dual ideals of technical mastery and pure beauty.

8.	Rodney Smith's photography attracted clients including The New York Times, The Wall Street Journal, Fortune Magazine, Vanity Fair, New York Magazine, Oprah Magazine, Departures Magazine and GQ Magazine among others. His distinctive style attracted luxury fashion brands such as Ralph Lauren, Paul Stuart, Coach Leather, Lacoste, Hermès, Neiman Marcus, and Bergdorf Goodman. He also collaborated with major corporations including Sony Music, Starbucks, Ritz Carlton and Morgan Stanley.

9.	Rodney Smith's photographs are included in the permanent collections of the J. Paul Getty Museum (Los Angeles, CA); Houston Museum of Fine Arts (Houston, TX); Museum of Fine Arts (Boston, MA); Philadelphia Museum of Art (Philadelphia, PA); Bayley Museum, University of Virginia (Charlottesville, VA); Museum of Art, Brigham Young University (Salt

Lake City, UT); Rose Art Museum, Brandeis University (Waltham, MA); National September 11th Memorial & Museum (New York, NY); Yale University Art Gallery (New Haven, CT); and the Portland Museum of Art (Portland, ME). In addition, his photographs are sold to individual collectors through international galleries, including Staley-Wise Gallery (New York), the PhotoGallery (Sweden), Galleria Maria Cohen (Brazil), Izzy Gallery (Canada) and Fost Gallery (Singapore).

10. Rodney Smith's photographs present a distinctive component of surrealism, style and humor, giving his creative work a very particular essence that makes each image immediately recognizable as his own. The Independent Photographer Magazine eloquently defined him as "more than a photographer; he was an artist and visionary who dedicated his life to creating images that transcended reality, inviting viewers into an extraordinary, pure and beautiful world of his imagination."

11. Following Rodney Smith's death in 2016, Plaintiff RODNEY SMITH, LTD, a company created by Rodney Smith during his lifetime and currently headed by his widow, Ms. Leslie Smolan, is dedicated full-time to preserving Rodney Smith's legacy and managing his work, following the principles he established during his lifetime.

12. Defendant SYSCO CORPORATION ("Sysco") is a Delaware corporation that conducts business in the State of New York and can be served by serving its registered agent, Corporation Service Company, at 251 Little Falls Drive, Wilmington, Delaware 19808. Sysco is a global company, mainly in the business of marketing and distributing food products to restaurants and establishments, as well as equipment and products for the food service and hospitality industries.

13. Defendant SYSCO GUEST SUPPLY, LLC ("Guest Supply") is a Delaware limited liability company that conducts business in the State of New York and can be served by serving its registered agent, Corporation Service Company, at 251 Little Falls Drive, Wilmington, Delaware 19808. Guest Supply is a subsidiary of Sysco, involved in the manufacturing and distribution of hospitality products for hotels and lodging establishments, including over 25,000 well-known chains and independent properties around the world.

14. Defendant GILCHRIST & SOAMES, INC. ("G & S") is a Delaware corporation that conducts business in the State of New York and can be served by serving its registered agent, Corporation Service Company, at 251 Little Falls Drive, Wilmington, Delaware 19808. Guest Supply acquired G & S in 2015, and continues to operate G & S's manufacturing and distribution facilities[1]. G & S is a luxury personal care and amenity provider for the hospitality industry around the world, with approximately $60 million in annual sales.

15. Defendants Sysco, Guest Supply, and G & S are collectively referred to herein as Defendants. Defendants work together and do business in the State of New York, as well as around the United States. Defendant Sysco has an operating site on Long Island, New York located at 199 Lowell Avenue, Central Islip, New York 11722 that serves New York consumers and establishments.

16. Sysco has also attended, hosted, and participated in events based in New York, targeting New York consumers and establishments, as well as visiting attendees. Three such events were the recent Consumer Analyst Group of New York (CAGNY) Conference 2025[2] hosted on

---

[1] Sysco, *Guest Supply Acquires Gilchrist & Soames*, SYSCO CORPORATION, (Published Sep. 21, 2015), https://investors.sysco.com/annual-reports-and-sec-filings/news-releases/2015/09-21-2015-172543929 (last visited Aug. 26, 2025).

[2] Sysco, *Consumer Analyst Group of New York (CAGNY) Conference 2025*, SYSCO CORPORATION, https://investors.sysco.com/annual-reports-and-sec-filings/events-and-presentations/events/02-18-25 (last visited Aug. 26, 2025).

February 18, 2025, the Sysco + Empire Merchants East End Food & Beverage Show 2025 hosted April 29, 2025 at The Clubhouse Hamptons located at 174 Daniels Hole Road, East Hampton, NY 11937[3], and the 2025 Great NYS Fair hosted in Syracuse, New York from August 20, 2025 to September 1, 2025, in which Sysco participated as a vendor[4].

17.     Guest Supply and G & S distribute amenity products to a multitude of luxury New York hotels, including The Carlyle,[5] Hotel Elysée,[6] and The Warwick Hotel.[7] Guest Supply and G & S also distribute and work with New York amenity and personal care brands, such as Lockwood New York, including their Lockwood New York Hotelier collection.[8] G & S also participated in the HX: The Hotel Experience trade show in New York City to introduce new product lines and preview upcoming products for sale.[9]

18.     At all times relevant herein, Defendants owned and operated the internet websites and social media posts located at the following URLs (the "Marketing Campaigns"):

- https://gb.gilchristsoames.com/es/

- https://gb.gilchristsoames.com/colecciones-para-el-hogar/

---

[3] Jarhn Blutstein, *Sysco + Empire Merchants East End Food & Beverage Show 2025*, EVENTBRITE, https://www.eventbrite.com/e/sysco-empire-merchants-east-end-food-beverage-show-2025-tickets-1246236720579#:~:text=Sysco%20+%20Empire%20Merchants%20East%20End,at%2010:00%20AM%20%7C%20Eventbrite (last visited Aug. 26, 2025).
[4] New York State, *Food & Exhibitor Vendor List*, THE GREAT NEW YORK STATE FAIR, https://nysfair.ny.gov/vendors/vendor-list/ (last visited Aug. 26, 2025).
[5] "The Carlyle has a famous soap that was originally produced for the hotel in the early 1990s and has been in the guest rooms ever since. The soap is a special Honeysuckle blend made exclusively for The Carlyle by Gilchrist & Soames. Over 2500 bars are sold to inquiring guests per year". The Carlyle, A Rosewood Hotel, *Fast Facts*, ROSEWOOD HOTEL GROUP, https://www.rosewoodhotels.com/en/the-carlyle-new-york/media/press-kit/fast-facts (last visited Aug. 26, 2025).
[6] Hotel Elysée, *For Your Comfort*, HOTEL ELYSÉE BY LIBRARY HOTEL COLLECTION, https://www.elyseehotel.com/en/amenities.html (last visited Aug. 26, 2025).
[7] Warwick New York Hotel, *Overview*, FIVE STAR ALLIANCE, https://www.fivestaralliance.com/4star-hotels/new-york-ny/warwick-new-york-hotel (last visited Aug. 26, 2025).
[8] Gilchrist & Soames, *Lockwood New York*, GILCHRIST & SOAMES, https://zh.gilchristsoames.com/our-products/retail-brands/lockwood-new-york/ (last visited Aug. 26, 2025).
[9] Gilchrist & Soames, *Introducing Luxury Bath Accessories by Gilchrist & Soames*, GILCHRIST & SOAMES, https://zh.gilchristsoames.com/news/introducing-luxury-bath-accessories-by-gilchrist-soames/ (last visited Aug. 26, 2025).

- https://www.facebook.com/gilchristsoames/photos/pb.100064911063023.-2207520000./10160275928919474/?type=3

- https://www.facebook.com/gilchristsoames/photos/pb.100064911063023.-2207520000./10160606810494474/?type=3

- https://www.instagram.com/p/CSMl1MUttWu/

- https://gscontract.wpengine.com/?page_id=1895

19. Smith alleges that Defendants copied Smith's copyrighted works from the internet in order to advertise, market, and promote Defendants' business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of Defendants' business.

## THE COPYRIGHTED WORKS

20. The below table details the copyright titles, registration numbers and registration issue dates of the works of intellectual property at issue in this case, which are additionally shown below, and which are referred to herein as the "Works." Copies of the Works are attached hereto as **Exhibit 1**.

"Caroline running near pool no. 1, Long Island, New York"



"Victoria in Profile in Swimming Pool, Snedens Landing, NY"



7
**SRIPLAW**

"A.J. Seated with Woman, Westbury Gardens, New York, 1992"



"Gary and Henry chasing butterfly, Beaufort, SC"



"Laura and James Laughing, Lake Placid, New York, 2006"



"Kiton Man, The Knole Estate, Long Island, New York"



21. The table below shows the dates of registration and registration number for each Work. True and accurate copies of the Certificates of Registrations are attached hereto as **Exhibit 2**.

| Title | Registration Date | Registration Number |
|---|---|---|
| "Caroline running near pool no. 1, Long Island, New York" | February 3, 2021 | VA 2-239-163 |
| "Victoria in Profile in Swimming Pool, Snedens Landing, NY" | February 4, 2021 | VA 2-239-165 |
| "A.J. Seated with Woman, Westbury Gardens, New York, 1992" | February 2, 2021 | VA 2-238-804 |
| "Gary and Henry chasing butterfly" | March 8, 2018 | VA 2-126-870 |
| "Laura and James Laughing, Lake Placid, New York, 2006" | February 4, 2021 | VA 2-239-168 |
| "Kiton Man" | April 26, 2018 | VA 2-126-933 |

22. Smith's Works have copyright management information (CMI) in the form of the title of the work and Smith's name (Rodney Smith) next to the copyright symbol © which qualify as copyright management information under 17 U.S.C. § 1202(c), as shown in the examples below:



23. Smith's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets. The perspective, orientation, positioning, lighting, and other details of the Works are entirely original and creative. As such, the Works qualify as subject matter protectable under the Copyright Act.

24. At all relevant times, Smith is the owner of the Works.

## INFRINGEMENT BY DEFENDANTS

25. Defendants have previously licensed the Works for dedicated periods of time and limited capacity, the license timeframe of which has since expired. Invoices from the previous

licensing agreements in 2007 and 2014 indicate a maximum term of 1 year for usage on the G & S website and limited capacity printing for brochures. These invoices are attached hereto as **Composite Exhibit 3**. Defendants have continued to use the Works without obtaining any license for further use beyond the initial license period.

26.     On a date after the Works were created, but prior to the filing of this action, Defendants copied the Works.

27.     On or about May 19, 2023, Smith discovered the unauthorized use of its Works on Defendants' Marketing Campaigns. Comparative images can be found below:

**Defendants' Infringing Use of
Smith's "Caroline running near pool no. 1, Long Island, New York"**



**Defendants' Infringing Use of
Smith's "Victoria in Profile in Swimming Pool, Snedens Landing, NY"**



**Defendants' Infringing Use of
Smith's "A.J. Seated with Woman, Westbury Gardens, New York, 1992"**



**Defendants' Infringing Use of**
**Smith's "Gary and Henry chasing butterfly, Beaufort, SC"**



**Defendants' Infringing Use of**
**Smith's "Laura and James Laughing, Lake Placid, New York, 2006"**



**Defendants' Infringing Use of
Smith's "Kiton Man, The Knole Estate, Long Island, New York"**



28.     Defendants copied the Works without Smith's permission.

29.     After Defendants copied the Works, Defendants made further copies and distributed the Works on the internet to promote the sale of goods and services as part of their hospitality and amenity product distribution businesses.

30.     Defendants copied Smith's copyrighted Works in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

31.     Smith never gave Defendants permission or authority to copy, distribute or display the Works for any purpose outside of the time and scope of the previous expired licenses.

32.     Defendants committed copyright infringement of the Works as evidenced by the comparisons attached hereto as **Exhibit 4.**

33. When Defendants copied and displayed the Works, Defendants removed Smith's CMI from the Works.

34. Smith never gave Defendants permission or authority to remove CMI from the Works.

35. Smith notified Defendants of the allegations set forth herein on October 16, 2024. To date, the parties have failed to resolve the dispute.

## COUNT I
## COPYRIGHT INFRINGEMENT

36. Smith incorporates the allegations of paragraphs 1 through 35 of this Complaint as if fully set forth herein.

37. Smith owns valid copyrights in the Works.

38. Smith registered the Works with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

39. Defendants copied, displayed, and distributed the Works and made derivatives of the Works without Smith's authorization in violation of 17 U.S.C. § 501 in connection with sales and offers to sell to U.S. consumers.

40. Defendants performed the acts alleged in the course and scope of its business activities.

41. Defendants' acts were willful.

42. Smith has been damaged.

43. The harm caused to Smith has been irreparable.

## COUNT II
## REMOVAL OR ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION

44. Smith incorporates the allegations of paragraphs 1 through 35 of this Complaint as if fully set forth herein.

45. Smith's Copyrighted Works contain copyright management information (CMI) as defined by 17 U.S.C. § 1202 including the title of the works and the copyright symbol © followed by the name "Rodney Smith."

46. Defendants knowingly and with the intent to enable, conceal, or facilitate copyright infringement, removed from and failed to display the CMI in the Works in violation of 17 U.S.C. § 1202(b).

47. Defendants distributed CMI knowing that the CMI had been removed or altered without Smith's authority or permission.

48. Defendants committed these acts knowing or having reasonable grounds to know that they would induce, enable, facilitate or conceal infringement of Smith's rights in the Works.

49. Defendants caused, directed, and authorized others to commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Smith's rights in the Works.

50. Smith has been damaged.

51. The harm caused to Smith has been irreparable.

WHEREFORE, Plaintiff RODNEY SMITH, LTD. prays for judgment against Defendants GILCHRIST & SOAMES, INC., SYSCO CORPORATION, and SYSCO GUEST SUPPLY, LLC that:

    a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501 and 1202;

      b.      Defendants be required to pay Smith the actual damages and Defendants' profits attributable to the infringement, or, at Smith's election, statutory damages, as provided in 17 U.S.C. §§ 504 and 1203;

      c.      Smith be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

      d.      Smith be awarded pre- and post-judgment interest; and

      e.      Smith be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff RODNEY SMITH, LTD. hereby demands a trial by jury of all issues so triable.

DATED: September 19, 2025                Respectfully submitted,

*/s/ Debbie C. Yang*
DEBBIE C. YANG
New York Bar No.: 6087050 (DY3137)
debbie.yang@sriplaw.com
JOEL B. ROTHMAN
New York Bar No.: 2459576
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
41 Madison Avenue, 25th Floor
New York, New York 10010
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Rodney Smith, Ltd.*